# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | 9234255 | Newell, B | 1079 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 4-28-22  15 30 | 41 CFR 102-74.4000 |

Place of Offense

Possession - 1538 Yamhill st. Portland OR

Offense Description: Factual Basis for Charge          HAZMAT ☐

Possession of meth (narcotics).

### DEFENDANT INFORMATION

| Last Name | | |
|---|---|---|
| Miller | Lisa | M |

Street Address

[redacted]

---

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.00  Forfeiture Amount

+ $30  Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →** $ 530.00  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Handcuffed -

Original - CVB Copy

*9234255*

---

(For issuance of an arrest warrant or summons)

I state that on April 28, 20 22 while exercising my duties as a law enforcement officer in the Portland District of Oregon

See attached.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/28/22   Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident